JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUAN HONGTAO, | CV 21-7328 PA (AGRx) |
| Plaintiff, | JUDGMENT |
| v. | |
| ALEJANDRO MAYORKAS, et al., | |
| Defendants. | |

Pursuant to this Court's March 8, 2022, Minute Order granting the Motion to Dismiss filed by Alejandro Mayorkas, Ur M. Jaddou, Jennifer B. Higgins, and David M. (collectively "Defendants"),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the action commenced by plaintiff Duan Hongtao ("Plaintiff") is dismissed with prejudice.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff take nothing and that Defendants have their costs of suit.

DATED: March 8, 2022

Percy Anderson
UNITED STATES DISTRICT JUDGE